

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

1  JASON M. FRIERSON
   United States Attorney
2  District of Nevada
   Nevada Bar Number 7709
3  SUSAN CUSHMAN
   Assistant United States Attorney
4  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
5  (702) 388-6336
   Susan.Cushman@usdoj.gov
6
   *Attorneys for the United States*
7

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00132-APG-EJY |
| Plaintiff, | **Motion for Government Attorney Appearance Under Local Rule IA 11-3** |
| v. | |
| KOFI SARFO and | **(Filed Under Seal)** |
| ROSE SARFO, | |
| Defendants. | |

The United States of America, by and through Assistant U.S. Attorney Susan Cushman, Chief, Criminal Division, respectfully moves, pursuant to Local Rule IA 11-3, that Kyle Crawford, Trial Attorney with the United States Department of Justice, Criminal Division, Fraud Section, be permitted to appear before this Court in the above-captioned case.

///

///

///

///

Mr. Crawford is a member in good standing of the bar of the District of Columbia, he is employed by the United States as an attorney, and, in the course and scope of his employment, he has occasion to appear before the Court on behalf of the United States in connection with the above-captioned matter.

Dated: July 18, 2023.

Respectfully submitted,

/s/ Susan Cushman
SUSAN CUSHMAN
Assistant United States Attorney
Chief, Criminal Division

### Order

IT IS HEREBY ORDERED that Kyle Crawford is permitted to appear before this Court in this case.

IT IS HEREBY FURTHER ORDERED that the Government's Motion and this Order remain under seal until this case is unsealed.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Dated: July 19, 2023

2