JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Susan.Cushman@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KOFI SARFO and<br><br>ROSE SARFO,<br><br>　　　　Defendants. | Case No. 2:23-cr-00132-APG-EJY<br><br>**Motion for Government Attorney Appearance Under Local Rule IA 11-3** |

　　　The United States of America, by and through Assistant U.S. Attorney Susan Cushman, Chief, Criminal Division, respectfully moves, pursuant to Local Rule IA 11-3, that Andrew R. Tyler, Trial Attorney with the United States Department of Justice, Criminal Division, Fraud Section, be permitted to appear before this Court in the above-captioned case.

///

///

///

///

Mr. Tyler is a member in good standing of the bar of the District of Columbia, he is employed by the United States as an attorney, and, in the course and scope of his employment, he has occasion to appear before the Court on behalf of the United States in connection with the above-captioned matter.

Dated: November 21, 2023

Respectfully submitted,

/s/ Susan Cushman
SUSAN CUSHMAN
Assistant United States Attorney
Chief, Criminal Division

**Order**

IT IS HEREBY ORDERED that Andrew Tyler is permitted to appear before this Court in this case.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Dated: November 28, 2023

2