PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: psp@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
*Attorney for Rose Sarfo*
**-and-**
KATHLEEN BLISS, ESQ. (NV Bar #7606)
Email: kb@kathleenblisslaw.com
**KATHLEEN BLISS LAW, PLLC**
107 South Green Valley Parkway, Suite 300
Las Vegas, Nevada 89012
Tele: (702) 318-7375
*Attorney for Dr. Kofi Sarfo*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>KOFI SARFO,<br>ROSE SARFO<br><br>　　　　　　　Defendants. | Case No. 23-cr-0132-APG-EJY<br><br>**STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO FILE A REPLY TO THE GOVERNMENT'S RESPONSE TO THEIR MOTION FOR RELEASE OF FUNDS**<br><br>**[FIRST REQUEST]** |

　　　　Pursuant to the Court's Local Rule of Criminal Practice 45-1, the parties hereby stipulate, subject to the Court's approval, to permit Defendants Dr. Kofi Sarfo and Mrs. Rose Sarfo, additional time, or until <u>January 9, 2024</u>, to file a reply to the United States's response to Defendants' motion for release of funds.[1]  This is the parties' first request for an extension of

---

[1] See ECF Nos. 43 and 48.

1

time for the purpose identified herein.  Presently, the Sarfo Defendants' reply is due December 28, 2023.

This Stipulation for a 7-business day extension of time is supported by good cause.  At present, the reply to be filed by the Sarfo Defendants is due two business days before New Year's eve.  As communicated between undersigned counsel for the parties, because of the holiday season and other case commitments of defense counsel, they are not able to dedicate the time necessary to finalize and file a reply to the government's response.  In light of this, the parties agree that a short 7-business day extension of time is reasonable under the circumstances.  Accordingly, the parties respectfully request that the Court approve this Stipulation and extend the Sarfo Defendant's time to file a reply to and until January 9, 2024.

DATED this 27th day of 2023.

Respectfully submitted,

/s/  *Jessica Oliva*  
———————————————  
Kyle A. Crawford, Esq.  
Jessica Oliva, Esq.  
Andrew Tyler, Esq.  
*Counsel for the United States*

/s/  *Kathleen Bliss*  
———————————————  
Kathleen Bliss, Esq.  
*Counsel for Dr. Kofi Sarfo*

/s/  *Paul S. Padda*  
———————————————  
Paul S. Padda, Esq.  
*Counsel for Rose Sarfo*

**IT IS SO ORDERED:**

**The Stipulation is hereby approved.**

———————————————  
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** December 28, 2023

PAUL PADDA LAW, PLLC  
4560 South Decatur Blvd., Suite 300  
Las Vegas, Nevada 89103  
Tele: (702) 366-1888 • Fax (702) 366-1940