**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>KOFI SARFO,<br>ROSE SARFO,<br><br>              Defendants. | Case No. 23-CR-132-APG-EJY |

### ~~PROPOSED~~ ORDER

**WHEREAS**, on May 5, 2023, the Court issued a Civil Warrant to Seize Property Subject to Forfeiture.  *See In the Matter of Seizure of Any and all funds up to $974,853.00 in TD Ameritrade account XXX-XX5882 in the name of Kofi Sarfo and Rose Sarfo located at 10801 West Charleston Boulevard, Suite 120, Las Vegas, NV 89135* (23-mj-00404-EJY).

**WHEREAS**, considering the United States' pre-hearing brief,

**IT IS ORDERED** that the above-referenced seizure warrant is **AMENDED** as follows:

The following shares are to be released from the seizure warrant by TD Ameritrade:

| Stock | Shares |
|---|---|
| Alphabet | 95 |
| Apple | - |
| BioNTech | 87 |
| Coinbase | 60 |
| Gamestop | 200 |
| Hubspot | - |
| Intuitive Surgical | - |
| Meta | - |
| Microsoft | - |
| Moderna | 60 |
| NVIDIA | - |

| Restoration Hardware | - |
|---|---|
| Shopify | 433 |
| Tesla | 513 |
| **Total** | 1,448 |

**IT IS FURTHER ORDERED** that all remaining shares are to be held in place by TD Ameritrade absent further Order of the Court.

**IT IS FURTHER ORDERED** that cash holdings in the insured deposit account of $10.19 be released from the seizure warrant and that all remaining cash holdings are to be held in place by TD Ameritrade absent further Order of the Court.

**IT IS FURTHER ORDERED** that based on the forgoing Motion to Release Asset (ECF No. 43), the Motion is DENIED as moot.

**IT IS FURTHER ORDERED** that the Motion hearing set for February 14, 2024 at 2:00 p.m. is VACATED.

DATED this 7th day of February, 2024.

**IT IS SO ORDERED:**

_____
HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2