PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: psp@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
*Attorney for Rose Sarfo*
**-and-**
KATHLEEN BLISS, ESQ. (NV Bar #7606)
Email: kb@kathleenblisslaw.com
**KATHLEEN BLISS LAW, PLLC**
107 South Green Valley Parkway, Suite 300
Las Vegas, Nevada 89012
Tele: (702) 318-7375
*Attorney for Dr. Kofi Sarfo*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>KOFI SARFO,<br>ROSE SARFO<br><br>               Defendants. | Case No. 23-cr-0132-APG-EJY<br><br>**JOINT STIPULATION TO EXTEND THE TIME FOR THE PARTIES TO FILE PRETRIAL MOTIONS AND FOR DEFENDANTS TO FILE NOTICES OF DEFENSE**<br><br>**[THIRD REQUEST]** |

       Pursuant to the Court's Local Rule of Criminal Practice 45-1, the parties hereby stipulate, subject to the Court's approval, to permit the parties additional time, or until <u>April 3, 2024,</u> to file pretrial motions (including extending to that date Dr. and Mrs. Sarfo's deadline for filing notices of defense). By Order issued November 20, 2023, the current deadline for filing pretrial motions and notices of defense is March 19, 2024. *See* ECF No. 35. This is the parties' third stipulation to extend the pretrial motions and notices of defense deadlines (*See* ECF Nos.

**PAUL PADDA LAW, PLLC**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940

23 and 29).  This Stipulation does not seek to extend the current trial which is scheduled to commence on June 17, 2024.  ECF No. 35.

This Stipulation is supported by good cause.  Defense counsel, as recently explained to government counsel, have been working diligently toward meeting the current deadline for filing pretrial motions in this case while at the same time balancing other case commitments.  However, and as explained to government counsel, additional time will be needed because undersigned counsel for Mrs. Sarfo has a trial commencing on April 15, 2024 in a complex medical malpractice case which has required counsel to devote significant time to that while at the same time working to meet the deadlines in this case.  Similarly, counsel for Dr. Sarfo is also busy with competing case commitments in several cases, including out-of-town travel.

Counsel for the parties have conferred regarding these matters and agree that additional time to permit the parties to file their pretrial motions (including notices of defense by Dr. and Mrs. Sarfo) is warranted under the circumstances set forth herein.  Should the Court approve this Stipulation, it will not affect the current trial date.  Defendants further agree not to seek to continue the trial date as a result of the Court continuing the pretrial motions deadline.

.   .   .

.   .   .

.   .   .

.   .   .

.   .   .

.   .   .

.   .   .

.   .   .

**PAUL PADDA LAW, PLLC**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940

2

1    For the reasons set forth in this joint Stipulation, the parties respectfully request that the

2    Court approve this Stipulation.

3    DATED this 13th day of March 2024.

4                                                                              Respectfully submitted,

5

6    /s/  *Kyle A. Crawford*                                        /s/  *Kathleen Bliss*

7    Kyle A. Crawford, Esq.                                       Kathleen Bliss, Esq.
     Jessica Oliva, Esq.                                              *Counsel for Dr. Kofi Sarfo*

8    Andrew Tyler, Esq.
     *Counsel for the United States*

9                                                                              /s/  *Paul S. Padda*

10

11                                                                           Paul S. Padda, Esq.
                                                                              *Counsel for Rose Sarfo*

12

13              **IT IS SO ORDERED:**

14              **The parties' joint Stipulation is hereby approved.**

15              **Pretrial motions and notices of defense shall be filed on**
                **or before April 3, 2024.**

16

17

18              **UNITED STATES DISTRICT JUDGE**

19

20

21              **DATED:**  March 14, 2024

22

23

24

25

26

27

28

**PAUL PADDA LAW, PLLC**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940

3