UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00132-APG-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| KOFI SARFO,<br>ROSE SARFO, | |
| Defendants. | |

Pending before the court is Defendants' Motion to Extend Time to File Reply Briefs. ECF No 77. Through their Motion Defendants seek a little more than a three week extension, to May 17, 2024, to file reply briefs in support numerous motions filed.[1] Plaintiff opposes the Motion offering a one week extension instead. EFC 79.

The Court reviewed the Motion and Opposition and finds an extension through May 7, 2024 should be sufficient to allow Defendants time to prepare their replies while also otherwise respecting the trial scheduling currently in place.[2]

Accordingly, IT IS HEREBY ORDERED that Defendants' Motion to Extend Time to File Reply Briefs (ECF No. 77) is GRANTED in part.

IT IS FURTHER ORDERED that Defendants' reply briefs are due no later than 5 PM on May 7, 2024.

Dated this 29th day of April, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

---

[1] In the future Defendants are to identify motions filed for which replies are due and extension sought by name and ECF Number.

[2] Consideration of a trial continuance will be addressed once a motion (if any) is filed seeking the same.

1