PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: psp@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
*Attorney for Rose Sarfo*
**-and-**
KATHLEEN BLISS, ESQ. (NV Bar #7606)
Email: kb@kathleenblisslaw.com
**KATHLEEN BLISS LAW, PLLC**
107 South Green Valley Parkway, Suite 300
Las Vegas, Nevada 89012
Tele: (702) 318-7375
*Attorney for Dr. Kofi Sarfo*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>KOFI SARFO,<br>ROSE SARFO<br><br>　　　　　　　　Defendants. | Case No. 23-cr-0132-APG-EJY<br><br>**JOINT STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO FILE AN OBJECTION TO THE REPORT AND RECOMMENDATION PERTAINING TO DEFENDANTS' MOTION TO DISMISS THE INDICTMENT BASED UPON VAGUENESS**<br><br>**[FIRST REQUEST]** |

　　　　Pursuant to the Court's Local Rules LR 1A 6-1 and LCR 45-1, the parties hereby stipulate, subject to the Court's approval, to permit Defendants an additional 4-days, or until June 7, 2024, to file an Objection to the United States Magistrate Judge's Report and Recommendation issued on May 20, 2024.  *See* ECF No. 91.  Currently, Defendants' Objection is due today, June 3, 2024.

. . .

1

PAUL PADDA LAW, PLLC
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940

This Stipulation is supported by good cause. Defense counsel, Paul Padda, explained to government counsel that he has been diligently working to complete the Objection but will need additional time in order to (1) complete the filing (while balancing other competing deadlines in other cases) and (2) obtain approval from counsel for Dr. Kofi Sarfo, Kathleen Bliss (whose client will be joining in the Objection). However, as the Court and government counsel are aware from recent filings, Ms. Bliss is currently in trial in another criminal matter and therefore her availability is limited. An additional 4-days will provide sufficient time for the completion of the Objection and for Ms. Bliss's review before it is filed with the Court.

For the reasons set forth in this joint Stipulation, the parties respectfully request that the Court approve this Stipulation for a 4-day extension of time, or until June 7, 2024, for the filing of an Objection to the Report and Recommendation issued on May 20, 2024.

Dated this 3rd day of June 2024.

Respectfully submitted,

/s/ *Kyle A. Crawford*
_____
Kyle A. Crawford, Esq.
Jessica Oliva, Esq.
Andrew Tyler, Esq.
*Counsel for the United States*

/s/ *Kathleen Bliss*
_____
Kathleen Bliss, Esq.
*Counsel for Dr. Kofi Sarfo*

/s/ *Paul S. Padda*
_____
Paul S. Padda, Esq.
*Counsel for Rose Sarfo*

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** June 4, 2024

2