# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:23-cr-00132-APG-EJY |
|---|---|
| Plaintiff | **Order Regarding Motion in Limine** |
| v. | [ECF No. 90] |
| KOFI SARFO and ROSE SARFO, | |
| Defendants | |

The United States filed a motion in limine on May 17, 2024. ECF No. 90. To date, the defendants have not filed a response.

I THEREFORE ORDER that if the defendants wish to respond to the motion in limine, they must do so by August 16, 2024. Failure to respond by that date will result in the motion being granted as unopposed.

DATED this 6th day of August, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE