# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:23-cr-00132-APG-EJY |
| Plaintiff | **Order Accepting Report and Recommendation Denying Motion to Compel** |
| v. | |
| KOFI SARFO, ROSE SARFO, | [ECF Nos. 67, 98] |
| Defendants | |

    The defendants moved to compel production of discovery materials. ECF No. 67. Magistrate Judge Youchah recommended that I deny the motion. ECF No. 98. Sarfo did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1)(c) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." (emphasis in original)).

    I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation (ECF No. 98) is accepted, the defendants' motion to compel (ECF No. 67) is denied.

    DATED this 6th day of August, 2024.

                                                                                             _____
                                                                                   ANDREW P. GORDON
                                                                                   UNITED STATES DISTRICT JUDGE