# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff<br><br>v.<br><br>KOFI SARFO, ROSE SARFO,<br><br>   Defendants | Case No.: 2:23-cr-00132-APG-EJY<br><br>**Order Accepting Report and Recommendation Denying Motion to Suppress**<br><br>[ECF Nos. 64, 89] |

Defendants Kofi Sarfo moved to suppress evidence he contends was illegally seized by the Government. ECF No. 64. Magistrate Judge Youchah recommended that I deny the motion without prejudice, in part because it is moot. ECF No. 89. Sarfo did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1)(c) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation (ECF No. 89) is accepted, Kofi Sarfo's motion to suppress (ECF No. 64) is denied without prejudice.

DATED this 6th day of August, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE