**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>v.<br><br>KOFI SARFO, ROSE SARFO,<br><br>　　　　Defendants | Case No.: 2:23-cr-00132-APG-EJY<br><br>**Order Accepting Report and Recommendation Denying Motion to Dismiss Based on Failure to State an Offense**<br><br>[ECF Nos. 66, 92] |

　　　The defendants move to dismiss the indictment for failure to state an offense. ECF No. 66. Magistrate Judge Youchah recommends that I deny the motion. ECF No. 92. The defendants objected to that recommendation. ECF No. 97. I have conducted a de novo review of Judge Youchah's recommendation as required by Local Rule IB 3-2. Her Report and Recommendation sets forth the proper legal analyses and factual bases for the decision.

　　　I THEREFORE ORDER that Magistrate Judge Youchah's Report and Recommendation (ECF No. 92) is accepted and approved in its entirety. The defendants' motion to dismiss for failure to state a claim (ECF No. 66) is DENIED.

　　　DATED this 6th day of August, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE