# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>KOFI SARFO, ROSE SARFO,<br><br>Defendants | Case No.: 2:23-cr-00132-APG-EJY<br><br>**Order Accepting Report and Recommendation Denying Motion to Dismiss Based on Vagueness**<br><br>[ECF Nos. 65, 91] |

The defendants move to dismiss the indictment based on vagueness. ECF No. 65. Magistrate Judge Youchah recommends that I deny the motion. ECF No. 91. The defendants objected to that recommendation. ECF No. 96. I have conducted a de novo review of Judge Youchah's recommendation as required by Local Rule IB 3-2. Her Report and Recommendation sets forth the proper legal analyses and factual bases for the decision.

I THEREFORE ORDER that Magistrate Judge Youchah's Report and Recommendation (ECF No. 91) is accepted and approved in its entirety. The defendants' motion to dismiss for vagueness (ECF No. 65) is DENIED.

DATED this 6th day of August, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE