**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>KOFI SARFO and ROSE SARFO,<br><br>    Defendants | Case No.: 2:23-cr-00132-APG-EJY<br><br>**Order Denying Motion in Limine**<br><br>[ECF No. 138] |

The defendants filed an omnibus motion in limine. ECF No. 138. The motion does not include a certification that the parties have participated int the meet-and-confer process as required by Local Criminal Rule 12-2.

I THEREFORE ORDER that the defendants' omnibus motion in limine **(ECF No. 138) is denied without prejudice.**

DATED this 27th day of May, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE