**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:23-cr-00132-APG-EJY |
| Plaintiff | **Order Setting Hearing** |
| v. | [ECF No. 141] |
| KOFI SARFO and ROSE SARFO, | |
| Defendants | |

I will conduct a hearing on the defendants' motion to continue trial (ECF No. 141) on July 15, 2025 at 1:30 p.m. in Las Vegas Courtroom 6C. My courtroom deputy will circulate video access information to counsel who wish to appear via Zoom. Counsel must be prepared to discuss alternative trial dates in case I grant the motion. That preparation includes contacting your witnesses and consulting your calendars to obtain as many available dates as possible.

DATED this 9th day of July, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE