PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: psp@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
*Attorney for Rose Sarfo*
**-and-**
KATHLEEN BLISS, ESQ. (NV Bar #7606)
Email: kb@kathleenblisslaw.com
**KATHLEEN BLISS LAW, PLLC**
107 South Green Valley Parkway, Suite 300
Las Vegas, Nevada 89012
Tele: (702) 318-7375
*Attorney for Dr. Kofi Sarfo*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KOFI SARFO,<br>ROSE SARFO<br><br>    Defendants. | Case No. 2:23-cr-0132-APG-EJY<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO MOTION TO PARTIALLY EXCLUDE CERTAIN TESTIMONY AND FOR PLAINTIFF TO FILE A REPLY** |

Pursuant to Federal Rule of Criminal Practice 45(b) and the Court's Local Rule of Criminal Practice 45-1, the parties hereby stipulate, subject to the Court's approval, to permit Defendants additional time, or to and until September 1, 2025, to file a Response to Plaintiff's *Motion to Partially Exclude The Testimony of Mr. Gary Howard*.[1]  At present, Defendants'

---

[1] ECF No. 147.

1  response is due on July 24, 2025.  This is the parties' first request for an extension of time for
2  the purpose set forth herein.
3      For the reasons set forth below, good cause supports the requested extension.  The issues
4  raised in the government's motion are significant as they seek to exclude a portion of
5  Defendants' expert's testimony.  Although counsel for Defendants have begun drafting a
6  response to the pending Motion, due to other case commitments and business travel outside of
7  Las Vegas they will need additional time to complete a Response.  Given this fact and the
8  potential impact the United States' Motion can have on Defendants' defense, additional time is
9  necessary to permit counsel for Defendants sufficient time to properly respond to the arguments
10 raised in the Motion.  The government does not oppose Defendants' request.  In turn,
11 Defendants also do not oppose the United States' request to file their Reply brief no later than
12 14 days after Defendants file their Response
13 . . .
14 . . .
15 . . .
16 . . .
17 . . .
18 . . .
19 . . .
20 . . .
21 . . .
22 . . .
23 . . .
24 . . .

PAUL PADDA LAW, PLLC
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940

The parties respectfully request that the Court approve this Stipulation.

DATED this 22nd day of July 2025.

Respectfully submitted,

/s/ *Kyle A. Crawford*

Kyle A. Crawford, Esq.
Jessica Oliva, Esq.
Andrew Tyler, Esq.
*Counsel for the United States*

/s/ *Kathleen Bliss*

Kathleen Bliss, Esq.
*Counsel for Dr. Kofi Sarfo*

/s/ *Paul S. Padda*

Paul S. Padda, Esq.
*Counsel for Rose Sarfo*

**IT IS SO ORDERED:**

**The parties' Stipulation is hereby approved. Defendants shall have to and until September 1, 2025 to file a response to the United States' motion to partially exclude the testimony of Gary Howard (ECF No. 147). The United States shall have 14-days after the response is filed by Defendants to file a reply.**

**ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: July 23, 2025**

**PAUL PADDA LAW, PLLC**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940

3