PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: psp@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
*Attorney for Rose Sarfo*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>KOFI SARFO,<br>ROSE SARFO<br><br><br>                    Defendants. | Case No. 2:23-cr-0132-APG-EJY<br><br>**JOINT STIPULATION TO MODIFY CONDITIONS UPON DEFENDANTS' TRAVEL** |

Pursuant to the Court's Local Rule of Criminal Practice 45-1, the parties (the United States, Dr. Kofi Sarfo and his wife Rose Sarfo) hereby stipulate, subject to the Court's approval, to modify the current conditions limiting Defendants' travel. *See* ECF Nos. 16, p. 4 and 18, p. 4. Pursuant to those conditions, Dr. and Mrs. Sarfo are limited to travel within Nevada. Id. Additionally, per the Court's prior directive, they tendered their United States passports (both are citizens) to pretrial services. Id. This Stipulation is being filed to permit the Sarfos to travel to Ghana for the purpose of attending the funeral of Rose Sarfo's brother who had a heart attack and died this week. Should the Court approve this Stipulation, the Sarfos would plan to depart Las Vegas for Ghana on February 11, 2026 and return to the United States no later than March 31, 2026. Counsel for the respective parties have discussed this and believe good cause supports this request. Specifically, the government does not oppose this request.

1

PAUL PADDA LAW, PLLC
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940

In considering this Stipulation, the Court can take notice that the Sarfos have complied with all of the conditions of release imposed upon them and that no motion or petition has been filed by pretrial services during the pendency of this criminal case alleging noncompliance on the part of the Sarfos.  Dr. Sarfo is a physician licensed to practice medicine in Nevada with a busy and active clinic.  Both he and his wife Rose own a home in Las Vegas ("Summerlin") and have three children in the United Sates (one is in law school in Washington, D.C., another is in medical school in California and a third is an undergraduate college student, also in California). In sum, the Sarfos are citizens of the United States with substantial ties to Las Vegas, which has been their home for over 20-years.  The government does not oppose permitting the Sarfos limited travel outside the United States given the compelling circumstances identified in this Stipulation.  The parties, however, do recognize that the decision to modify the Sarfos' conditions of travel rests exclusively with the Court.

Pretrial services has previously advised undersigned counsel for Rose Sarfo that it does not normally take a position on such requests unless the Court specifically invites a recommendation from pretrial services.

In light of the foregoing, the Sarfos respectfully request that the Court modify their conditions of release to permit travel to Ghana for the period February 11, 2026 through March 31, 2026.  Dr. and Mrs. Sarfo understand that, should the Court grant this request, the prior conditions of release would be reinstated upon their return to Las Vegas.  Should the Court approve this request, the Sarfos respectfully request that the Court direct pretrial services to return their passports to them on or before February 10, 2026.  Dr. and Mrs. Sarfo will return their passports to pretrial services upon their return to their home in Las Vegas.

2

For the reasons set forth in this joint Stipulation, the parties respectfully request that the Court approve this Stipulation.

DATED this 5th day of February 2026.

Respectfully submitted,

/s/ Kwame Manley
_____
Kwame Manley, Esq.
Robert Draskovich, Esq.
*Counsel for Dr. Kofi Sarfo*

/s/ Kyle Crawford
_____
Kyle Crawford, Esq.
Andrew Tyler, Esq.
*Counsel for the United States*

/s/  Paul S. Padda
_____
Paul S. Padda, Esq.
*Counsel for Rose Sarfo*

**IT IS SO ORDERED:**

**The parties' Stipulation is approved to permit Dr. Kofi Sarfo and Rose Sarfo to travel to Ghana on February 11, 2026 and return to the United States on or before March 31, 2026.  Pretrial Services shall provide Dr. and Mrs. Sarfo their United States passports on or before February 10, 2026.  Dr. and Mrs. Sarfo shall return their passports to pretrial services upon their return to Las Vegas.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:  February 6, 2026**

PAUL PADDA LAW, PLLC
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940

3